# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| John Baemmert,<br><br>  Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A.,<br><br>  Defendant. | Case No. 3:16-cv-00540-jdp<br><br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above entitled matter has been resolved between the parties pending the exchange of final settlement documents and drafts. The parties respectfully request that the Court strike all pending dates from it calendar in this matter and retain continuing jurisdiction pending the prompt filing of a Notice of Dismissal herein.

Dated: February 28, 2018         Respectfully Submitted,

**BARRY & HELWIG, LLC**

By:  **s/Peter F. Barry**
Peter F. Barry, Esq.
WI Attorney I.D. #1044951
Patrick J. Helwig, Esq.
WI Attorney I.D. #1081347
2701 University Ave SE, Suite 209
Minneapolis, MN 55414-3236
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
phelwig@lawpoint.com
pbarry@lawpoint.com
**Attorneys for Plaintiff**