# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

JOHN BAEMMERT,

        Plaintiff,　　　　　　　COURT FILE NO.: 3:16-cv-540-JDP

   v.　　　　　　　　　　　　**STIPULATION OF DISMISSAL**
　　　　　　　　　　　　　　　　　**WITH PREJUDICE**
CREDIT ONE BANK, N.A.,

        Defendant.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction over this matter for 60 days to permit either party to enforce the terms of settlement.

Dated: March 13, 2018　　　　　　　　　　Dated: March 13, 2018

BARRY & HELWIG, LLC　　　　　　　　　MOSS & BARNETT
　　　　　　　　　　　　　　　　　　　　A Professional Association

By　s/Peter F. Barry　　　　　　　　　　　By　s/Michael S. Poncin
　　Peter F. Barry, WI 1044951　　　　　　　Matthew P. Kostolnik, MN 0310669
2701 University Ave SE, Suite 209　　　　Michael S. Poncin, MN 296417
Minneapolis  MN  55414-3236　　　　　　Bradley R. Armstrong, MN 393524
Telephone:  (612) 379-8800　　　　　　　150 South Fifth Street, Suite 1200
pbarry@lawpoint.com　　　　　　　　　　Minneapolis  MN  55402
　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 877-5000
ATTORNEYS FOR PLAINTIFF　　　　　　mike.poncin@lawmoss.com
　　　　　　　　　　　　　　　　　　　　matt.kostolnik@lawmoss.com
　　　　　　　　　　　　　　　　　　　　bradley.armstrong@lawmoss.com

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　CREDIT ONE BANK, N.A.

3978936v1