# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

JOHN BAEMMERT,

        Plaintiff,        COURT FILE NO.: 3:16-cv-540-JDP

    v.        **ORDER OF DISMISSAL WITH PREJUDICE**

CREDIT ONE BANK, N.A.,

        Defendant.

Pursuant to the Stipulation to Dismiss with Prejudice entered into between the parties,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs, or disbursements or attorneys' fees to any party; and

**IT IS HEREBY ORDERED** that the Court shall retain jurisdiction over this matter for 60 days to permit either party to enforce the terms of settlement.

**IT IS SO ORDERED.**

DATED: _____, 2018    By: _____
                                              JAMES D. PETERSON
                                              United States District Judge

3978959v1